# Court of Appeals
# of the State of Georgia

ATLANTA, August 06, 2021

*The Court of Appeals hereby passes the following order*

**A21A1802. SAFECO INSURANCE COMPANY OF AMERICA v. STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY .**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion the hereby GRANTED, and

jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 06, 2021.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*